IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| VALENCIA GOODMAN and GREGORY MALOY, individually and as administrators of the ESTATE OF JAYLAN ANDRISE GOODMAN, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION CASE NO.: **1:23-CV-03057-JPB** |
| v. | ) ) | |
| SHERIFF LEVON ALLEN, et al. | ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS DWIGHT GREEN AND RONNAE TOLBERT'S
CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
DISCLOSURE STATEMENT**

Defendants Dwight Green and Ronnae Tolbert (collectively "defendants") file herewith a Certificate of Interested Persons and Corporate Disclosure Statement:

1.

The undersigned counsel of record for defendants certify that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock

- 1 -

of a party:

1. Valencia Goodman

2. Gregory Maloy

3. Estate of Jaylan Andrise Goodman

4. Levon Allen

5. Roland Boehrer

6. Terrance Gibson

7. Kevin Thomas

8. Maurice Johnson

9. Ronnae Tolbert

10. Sergion Williams

11. Rashawn Johnson

12. James Stewart, Jr.

13. T. Stewart

14. Jelani Foster

15. Sydney Cannon

16. David Evans

17. Benjamin Walker, Jr.

18. K. Crews

19. Elizabeth Smith

20. Antonia Fitzpatrick

21. Corey Smart

22. Marcella Woods

23. Jennifer Ley

24. Montez Hawkins

25. C. Gaines

26. R. Trotman

27. K. Greenwood

28. D. Doyle

29. C. Broussard

30. J. Brown

31. A. Johnson

32. T. Campbell

33. Dwight Green

34. Gray

35. A. Parks

36. A. Hart

37. A. Williams

38. A. Redding

39. A. Gooding

40. A. Fraser

41. A. Rhoades

42. A. Fullerton

43. A. Kemp

44. B. Grissett

45. B. Oliver

46. C. Hodges

47. C. Wilson

48. C. Johnson

49. C. Harrell

50. C. Moore

51. C. Nichols

52. C. Thomas

53. C. Williams

54. C. Barneski

55. C. A. Dozier Avery

56. C. Barbary

57. C. Broussard

58. C. McBride

59. D. Serene

60. D. Jones

61. D. Burks

62. D. Harris

63. D. Lott

64. D. Conners

65. D. Williams

66. D. Ambles

67. D. Smith

68. D. Thomas

69. D. Gomillion

70. D. Moore

71. D. Mccauley

72. D. Woodson

73. D. Cobb

74. E. Johnson

75. F. Gordon

76. F. Orjiako

77. F. Brown

78. F. Zachary

79. F. Denson

80. G. Agoro

81. G. Murphy

82. G. Person

83. H. Claiborne

84. H. Richardson

85. J. Mosley

86. J. Strickland

87. J. Merritt

88. J. Tookes

89. J. Willis

90. J. Seals

91. J. Henry

92. J.A. Sanchez Calderin

93. J. Brown

94. J. Scott

95. K. Clayborn

96. K. Mclaughlin

97. K. Lee

98. K. Wright

99. K. Weaver

100. K. Patrick

101. K. Beaman

102. K. Martin

103. K. Roberts

104. K. Roper

105. K. Broadnax

106. L. Hunter

107. L. Laye

108. L. Freeman

109. L. Petion

110. M. James

111. M. Butler

112. M. Moore

113. N. Foster

114.    O. Dalton

115.    O. Oduroye

116.    P.G.R. Thomas

117.    P. Facchini

118.    P. Dalmacy

119.    R. Gaddy

120.    R. Brown

121.    R. Walton

122.    R. Jones

123.    R. Amey

124.    R. James

125.    R. Parks

126.    R. Boyd

127.    R. Baxter

128.    R. Baker

129.    S. Macdonald

130.    S. Hollinshead

131.    S. Moore

132.    S.C. Holman-Foster

133. S.M. Banks

134. S.G. Morris

135. S. Fisher

136. S. Wyche

137. S. Blasingame

138. S. Ajaka

139. S. Terry

140. S. Hayes

141. S.E. Williams

142. T. Clifton

143. T. Ali

144. I.N. Dixon

145. J. Castellanos

146. T. Smith

147. T. Beadles

148. T. Storey

149. Champion

150. Gossier

151. D.A. Thomas

152. Craig Wright

153. T. Collins

154. T. Lemons

155. U. Holland

156. V. Williams

157. V. Miller

158. W. Poole

159. W.J. Jackson

160. W.D. Thomas

161. R.S. Winn

162. L. Lyons

163. Watts

164. X. Stinson

165. X. Ocean

166. Correct Health, LLC

167. Correct Health  Clayton, LLC

168. Charles Clopton

169. Tiffanie Mitchell

170. Deborah Pilgrim

171.    Mamie Miller

172.    Joan Tapper

173.    Teresa Nicholson

174.    John Sims

175.    Ramonica Jordan

176.    Shena Carter

177.    F. Radford

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

A.    Eric Hertz

B.    Jeffrey E. Gewirtz

C.    Eric J. Hertz, P.C.

3.

The undersigned further certifies that the following is a full and complete list

of all persons serving as attorneys for the parties in this proceeding:

    A.    For plaintiffs:

        Eric Hertz
        Jeffrey E. Gewirtz
        Eric J. Hertz, P.C.

    B.    For defendants Dwight Green and Ronnae Tolbert:

        Jack R. Hancock
        A. Ali Sabzevari
        Freeman Mathis & Gary, LLP

    C.    For defendant Levon Allen:

        Karen E. Woodward
        Edward Greenblat
        Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP

**FREEMAN MATHIS & GARY, LLP**

*/s/ A. Ali Sabzevari*
Jack R. Hancock
Georgia Bar No. 322450
jhancock@fmglaw.com
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)

Attorneys for Defendants Dwight Green and
Ronnae Tolbert

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to all counsel of record.

This 16th day of November, 2023.

**FREEMAN MATHIS & GARY, LLP**

*/s/ A. Ali Sabzevari*
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)